# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ELIZABETH OMOLEWU,

              Plaintiff,      :      Case No. 3:17-cv-039

                                          District Judge Walter Herbert Rice
  -  vs  -                            Magistrate Judge Michael R. Merz

LAKEVIEW LOAN SERVICING, LLC,
 Et al.,

              Defendants.     :

## RECUSAL ORDER

      This case was assigned to the undersigned when it was filed, but not referred until the Preliminary Pretrial Conference Order of September 13, 2017 (ECF No. 21). Of critical importance, the PPCO sets a trial date after expiration of the undersigned's term of office. While a discovery cut-off date and a summary judgment filing deadline are set before then, it is not an infrequent experience in this Court that those deadlines are extended.

      To ensure continuity of Magistrate Judge pre-trial management of the case, the undersigned hereby recuses himself from further participation in this case as a judge and directs

the Clerk to randomly reassign this case to one of the other Magistrate Judges resident at the Dayton location of court.

September 13, 2017.

s/ *Michael R. Merz*<br>United States Magistrate Judge