IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ELIZABETH A. OMOLEWU, :

    Plaintiff, :

    vs. : Case No. 3:17cv39

LAKEVIEW LOAN SERVICING, LLC, : JUDGE WALTER H. RICE
et al.,
     :

    Defendants.

---

ENTRY DIRECTING CLERK OF COURTS TO ENTER JUDGMENT IN
FAVOR OF PLAINTIFF AND AGAINST DEFENDANTS, PURSUANT TO
FED. R. CIV. P. 68, AND TO TERMINATE CAPTIONED CAUSE

---

Plaintiff having accepted Defendants' offer made pursuant to Fed. R. Civ. P. 68, it is the order of the Court that the Office of the Clerk of Courts enter judgment in favor of Plaintiff and against Defendant herein, thus terminating the captioned cause upon the docket records of the United States District Court for the Southern District of Ohio.

                                                  */s/ Walter H. Rice*

October 26, 2017                             WALTER H. RICE
                                              UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record