IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ELIZABETH OMOLEWU,

    Plaintiff,

v.

LAKEVIEW LOAN SERVICING, LLC, *et al.*,

    Defendants.

Case No. 3:17-cv-39

JUDGE WALTER H. RICE

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #36); OVERRULING PLAINTIFF'S MOTION FOR ATTORNEY FEES (DOC. #31); CASE TO REMAIN TERMINATED ON COURT'S DOCKET

---

Based on the reasoning and citations of authority set forth by United States Magistrate Judge Sharon L. Ovington in her May 24, 2018, Report and Recommendations, Doc. #36, as well as upon a thorough *de novo* review of this Court's file and the applicable law, the Court ADOPTS said judicial filing in its entirety. Although the parties were notified of their right to file Objections to the Report and Recommendations, and of the consequences of failing to do so, no Objections have been filed within the time allotted.

Plaintiff's Motion for Attorney Fees, Doc. #31, is OVERRULED for the reasons set forth in the Report and Recommendations.

The above-captioned case shall remain terminated on the Court's docket.

Date: July 2, 2018

*(signature)*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE